FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 16 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **RETAIL DIGITAL NETWORK, LLC**,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>**TIMOTHY GORSUCH, as Director of the California Department of Alcoholic Beverage Control**,<br><br>Defendant-Appellee. | No.  13-56069<br><br>D.C. No.<br>2:11-cv-09065-CBM-PJW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Owens did not participate in the deliberations or vote in this case.